[This opinion has been published in *Ohio Official Reports* at 77 Ohio St.3d 1217.]

CITY OF MAYFIELD HEIGHTS, APPELLEE, *v*. SNAPPY CAR RENTAL, INC. ET AL.,
APPELLANTS.

DAVIS DEVELOPMENT GROUP, INC., ET AL., APPELLANTS, V. CITY OF
MAYFIELD HEIGHTS, APPELLEE.

[Cite as *Mayfield Hts. v. Snappy Car Rental, Inc.*, 1996-Ohio-331.]

*Appeal dismissed as improvidently allowed.*

(No. 95-2093—Submitted October 16, 1996—Decided December 11, 1996.)

APPEAL from the Court of Appeals for Cuyahoga County, Nos. 68097 and 68098.

————————————

*Kitchen, Deery & Barnhouse Co., L.P.A., Vincent A. Feudo* and *William F. Schmitz,* for appellee.

*Hermann, Cahn & Schneider, Kent B. Schneider* and *Thomas P. Marotta,* for appellant Snappy Car Rental, Inc.

*Benesch, Friedlander, Coplan & Aronoff, P.L.L.,* and *Edward Kancler*, for appellants Davis Development Group, Inc. and Lander Haven Country Club Estates, Ltd.

————————————

{¶ 1} The appeal is dismissed, *sua sponte*, as having been improvidently allowed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ., concur.

————————————